# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00237-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ISRAEL ARGUETA-CASARIN, a/k/a Antonio Argueta,
      a/k/a Israel Cazorin,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce ISRAEL ARGUETA-CASARIN, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the above-captioned case, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this __18th__ day of __May__, 2010.

                                                    UNITED STATES MAGISTRATE JUDGE
                                                  UNITED STATES DISTRICT COURT
                                                  DISTRICT OF COLORADO